UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Edwell T. Henry, II : Chapter 13 Bankruptcy
: Bankruptcy No. 20-10939-elf
Debtor : HEARING DATE: March 30, 2021
: at 10:00 a.m.

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a Motion to Modify Plan on behalf of Edwell T. Henry, II.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an Attorney, you may wish to consult an Attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review on the Motion, then on or before March 19, 2021 you or your attorney must do all of the following:

    a) File an Answer explaining your position at:

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    900 Market Street, Suite 203
    Philadelphia, PA 19107

    If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b) Mail a copy to the Movant's Attorney:

    Mendelsohn & Mendelsohn, P.C.
    Attention: Brenna H. Mendelsohn, Esquire
    637 Walnut Street
    Reading, PA 19601
    Telephone: (610) 374-8088
    Facsimile: (610) 376-9486

2. If you or your attorney do not take the steps described in 1a) and 1b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.      A Hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on March 30, 2021 at 10:00 a.m. in Courtroom 1 of the Honorable Eric L. Frank, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4.      You may contact the Court directly at (215) 408-2800 to find out whether the Hearing has been cancelled because no one filed an Answer.

Dated: February 26, 2021

/s/ Brenna H. Mendelsohn
BRENNA MENDELSOHN, ESQ.
Mendelsohn & Mendelsohn, P.C.
Attorney for Debtor