UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Edwell T. Henry II
       Bankruptcy No. 20-10939elf
       Adversary No.
       Chapter      13

                             Date:  5/17/21

To:      Brenna Hope Mendelsohn


## NOTICE OF INACCURATE FILING

Re:  Notice of Motion - Motion to Modify Plan

The above pleading was filed in this office on **5-14-21.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

      ( )    Debtor's name does not match case number listed
      ( )    Debtor's name and case number are missing
      ( )    Wrong PDF document attached
      ( )    PDF document  not legible
      (**X**)    Notice of Motion/Objection _ hearing Location and possibly the hearing date is wrong)
      ( )    Electronic Signature missing

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                     Timothy B. McGrath
                                     Clerk


                                     By:  Stacey D.
                                     Deputy Clerk