# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Edwell T. Henry, II,          :     Chapter 13
                    Debtor             :     Bankruptcy No. 20-10939-elf

## ORDER

AND NOW, upon consideration of the Application for SupplementalCompensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY **ORDERED** that the Supplemental Application is **GRANTED IN PART AND DENIED IN PART.** Supplemental compensation of $800.00 is **ALLOWED** for the period 4/23/21-5/14/21 and may be paid by the Trustee as an administrative expense to the extent provided for in the confirmed plan.

Date: 7/13/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**