20-0149

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edwell T. Henry, II<br><br>Debtor(s)<br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Edwell T. Henry, II<br>and<br><br>Kenneth E. West, Esquire Trustee<br>Respondents | 20-10939 ELF<br><br>Chapter 13 Proceeding |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

WELLS FARGO BANK, N.A. has filed a Motion to Direct the Debtor to Resolve the Delinquency in Forbearance and Post Petition Payments with respect to the secured claim the creditor holds on 706 B Sedgefield Drive, Mount Laurel, NJ 08054.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **12/14/2021,** you or your attorney must do all of the following:

   (a)   file an answer explaining your position at: United States Bankruptcy Clerk, United States Bankruptcy Court, Robert N. C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 202, Philadelphia, PA 19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the movant's attorney:
   
   Jill Manuel-Coughlin, Esquire
   POWERS KIRN, LLC
   Eight Neshaminy Interplex, Suite 215
   Trevose, PA 19053
   Telephone: 215-942-2090
   Facsimile: 215-942-8661

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A telephonic hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on   01/04/2022   at  1:00 pm   pursuant to Standing Order 20-3003 dated March 16, 2020. Parties may participate in the telephonic hearing by calling (877) 336-1828 and entering access code 1229352.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:    11/30/2021