20-0149

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edwell T. Henry, II<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br><br>Movant<br>v.<br>Edwell T. Henry, II and<br>Kenneth E. West, Esquire<br><br>Respondents | 20-10939 ELF<br><br>Chapter 13 Proceeding<br><br>Hearing Date: 01/04/2022  at 1:00pm |

## CERTIFICATE OF NO RESPONSE
## TO MOTION TO DIRECT THE DEBTOR TO RESOLVE THE DELINQUENCY IN FORBEARANCE AND POST PETITION PAYMENTS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **12/14/2021**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

        Respectfully submitted,
        POWERS KIRN, LLC

By:   /s/ Harry B. Reese
       By:  Harry B. Reese
       Attorney ID # 310501
       Eight Neshaminy Interplex, Suite 215
       Trevose, PA 19053
       Telephone: 215-942-2090
       Facsimile: 215-942-8661
       E-mail: bankruptcy@powerskirn.com
       Attorney for Movant
       DATED:  December 15, 2021

20-0149

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edwell T. Henry, II<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br><br>Movant<br>v.<br>Edwell T. Henry, II and<br>Kenneth E. West, Esquire<br><br>Respondents | 20-10939 ELF<br><br>Chapter 13 Proceeding<br><br>Hearing Date: 01/04/2022 at 1:00pm |

## CERTIFICATION OF SERVICE AND NOTICE

HARRY B. REESE, counsel for WELLS FARGO BANK, N.A., hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on December 15, 2021:

### *Served Electronically*:

Brenna Hope Mendelsohn, Esquire
637 Walnut Street
Reading, PA  19601
Attorney for Debtor(s)

Kenneth E. West, Esquire
1234 Market Street - Suite 1813
P.O. Box 40837
Philadelphia PA  19107
Trustee

### *Served Via 1st Class Mail:*

Edwell T. Henry, II
706 B. Sedgefield Drive
Mt. Laurel NJ  08054
Debtor

POWERS KIRN, LLC

By:  /s/ Harry B. Reese
By:  Harry B. Reese
Attorney ID #     310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: bankruptcy@powerskirn.com
Attorney for Movant
DATED:  December 15, 2021