| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Edwell T. Henry, II | Case Number:<br><br>2:2020-bk-10939 | |
| Name of Creditor:<br><br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | _ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **7418**  UCID: **WFCMGF2010939PAE03947418** | | _ Check this box if the account number has changed. |
| 2.  Court Claim Number: **6** | | |
| 3.  **Signature:**<br><br>**Check the appropriate box.**<br>   X  **I am the creditor.**<br>      **I am the creditor's authorized agent.**  (Attach copy of power of attorney, if any.)<br>      **I am the trustee, or the debtor.**<br>      **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:  /s/ Karen Sue Branas              Date: 01/19/2022<br>         VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                               CASE NO.:   20-10939

**Edwell T. Henry, II**                              CHAPTER:   13

        **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*                    *By U.S. Postal Service First Class Mail Postage Prepaid:*

Edwell T. Henry, II
706 B. Sedgefield Drive
Mt. Laurel, NJ 08054


*Debtor's Attorney:*         *By CM / ECF Filing:*

BRENNA HOPE MENDELSOHN
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601


*Trustee:*                   *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107


/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)