20-0149

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edwell T. Henry, II<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Edwell T. Henry, II and<br>Kenneth E. West, Esquire<br><br>Respondents | 20-10939 ELF<br><br>Chapter 13 Proceeding<br><br>Related to Document #: 89 |

## PRAECIPE TO WITHDRAW MOTION TO DIRECT THE DEBTOR TO RESOLVE THE DELINQUENCY IN FORBEARANCE AND POST PETITION PAYMENTS

TO THE COURT:

    Movant, WELLS FARGO BANK, N.A., respectfully withdraws its Motion to Direct the Debtor to Resolve the Delinquency in Forbearance and Post Petition Payments, which was filed on 11/30/2021, at docket # 89.

POWERS KIRN, LLC

By:   /s/ Sarah K. McCaffery
Jill Manuel-Coughlin, Esquire; ID#63252
Harry B. Reese, Esquire; ID#310501
Sarah K. McCaffery, Esquire; ID#311728
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: bankruptcy@powerskirn.com
Attorney for Movant

Dated: February 15, 2022

20-0149

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Edwell T. Henry, II<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Edwell T. Henry, II and<br>Kenneth E. West, Esquire<br><br>Respondents | 20-10939 ELF<br><br>Chapter 13 Proceeding<br><br>Related to Document #: 89 |

**CERTIFICATION OF SERVICE OF**
**PRAECIPE TO WITHDRAW**

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on February 15, 2022:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

Brenna Hope Mendelsohn, Esquire
637 Walnut Street
Reading, PA  19601
Attorney for Debtor(s)

Kenneth E. West, Esquire
1234 Market Street - Suite 1813
P.O. Box 40837
Philadelphia PA  19107
Trustee

**Parties Serviced via First Class Mail:**

Edwell T. Henry, II 706
B. Sedgefield Drive Mt.
Laurel NJ  08054
Debtor(s)

POWERS KIRN, LLC

By:   /s/ Sarah K. McCaffery
Jill Manuel-Coughlin, Esquire; ID#63252
Harry B. Reese, Esquire; ID#310501
Sarah K. McCaffery, Esquire; ID#311728
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: bankruptcy@powerskirn.com
Attorney for Movant