*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edwell T. Henry, II
    Debtor(s)

Case No: 20–10939–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of re: 1009 Pine Road, Sharon Hill, PA 19079–1817 Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit Union

    on: 3/8/22

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/23/22

Timothy B. McGrath
Clerk of Court

99 – 97
Form 167