United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edwell T. Henry, II  
    Debtor

Case No. 20-10939-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Feb 23, 2022     Form ID: 167     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwell T. Henry, II, 706 B. Sedgefield Drive, Mt. Laurel, NJ 08054-1853 |
| 14566049 | + | AMERICAN HERITAGE CREDIT UNION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14468207 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14468215 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14500909 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14468222 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14482018 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14468223 | + | Professional Adjmnt Co, 14410 Metropolis Ave, Fort Myers, FL 33912-4341 |
| 14468224 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14470982 | + | WELLS FARGO BANK, N.A., C/O JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14469391 | + | Wells Fargo Bank, N.A., c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14475045 | +++ | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14468228 | + | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 00:12:00 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 00:11:50 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 00:12:01 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:22:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14488336 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 00:11:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14468209 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 00:12:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14474518 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 00:22:16 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14472078 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2022 00:22:16 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14468211 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 24 2022 00:22:16 | Bmw Financial Services, Po Box 3608, Dublin, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 167 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | OH 43016 |
| 14468210 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 24 2022 00:13:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14484225 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 24 2022 00:22:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14468213 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:22:16 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14468214 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2022 00:13:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 14469520 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2022 00:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14468217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 00:22:19 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14497139 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 00:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14468216 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 24 2022 00:13:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14473627 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:22:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14492040 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 00:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14468218 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 00:13:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14492119 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 00:13:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14471773 | + | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 00:12:00 | OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14468220 | + | Email/PDF: cbp@onemainfinancial.com | Feb 24 2022 00:22:24 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14468221 | + | Email/Text: bankruptcy@onlineis.com | Feb 24 2022 00:13:00 | Online In Sv, Pob 1489, Winterville, NC 28590-1489 |
| 14487129 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Feb 24 2022 00:22:17 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14473628 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:22:25 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14468224 | + | Email/Text: clientservices@remexinc.com | Feb 24 2022 00:13:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14468225 | | Email/Text: amieg@stcol.com | Feb 24 2022 00:13:00 | State Collection Servi, Po Box 6250, Madison, WI 53716 |
| 14620100 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:12:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14479805 | + | Email/Text: dbogucki@trumark.org | Feb 24 2022 00:13:00 | Trumark Financial Credit Union, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14468226 | + | Email/Text: dbogucki@trumark.org | Feb 24 2022 00:13:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14468227 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com  Feb 24 2022 00:13:00 | | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 32

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 167 | Total Noticed: 44 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14468208 | *+ | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14474524 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14468212 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14511231 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14593926 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14607970 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14500911 | *+ | Mendelsohn and Mendelsohn,P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14468219 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14493842 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Edwell T. Henry II tobykmendelsohn@comcast.net |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edwell T. Henry, II
    Debtor(s)

Case No: 20−10939−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of re: 1009 Pine Road, Sharon Hill, PA 19079−1817 Filed by REBECCA ANN SOLARZ on behalf of American Heritage Credit Union

on: 3/8/22

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/23/22

Timothy B. McGrath
Clerk of Court

99 − 97
Form 167