# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edwell T. Henry II <br>                            Debtor(s) <br><br> AMERICAN HERITAGE CREDIT UNION, its successors and/or assigns <br>                            Movant <br>       vs. <br><br> Edwell T. Henry II <br>                            Debtor(s) <br><br> Kenneth E. West Esq. <br>                            Trustee | CHAPTER 13 <br><br> NO. 20-10939 ELF <br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Certification of Default of AMERICAN HERITAGE CREDIT UNION, which was filed with the Court on or about **February 15, 2022 (Doc. No. 97)**.

                                                        Respectfully submitted,


                                                        /s/ Rebecca A. Solarz, Esq.

                                                        Rebecca A. Solarz, Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        Phone: (215)-627-1322

Dated: March 4, 2022