**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 20-10939-ELF

EDWELL T. HENRY, II

706 B SEDGEFIELD DRIVE

MT. LAUREL, NJ 08054-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EDWELL T. HENRY, II

706 B SEDGEFIELD DRIVE

MT. LAUREL, NJ 08054-

Counsel for debtor(s), by electronic notice only.

BRENNA HOPE MENDELSOHN, ESQ
637 WALNUT ST

READING, PA 19601-

Date: 12/30/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee