**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Edwell T. Henry, II<br><br><br>                                      Debtor | Chapter: 13<br><br>Bankruptcy No.: 20-10939-elf<br>11 U.S.C. § 362 |

American Heritage Credit Union

                                             Movant

                          vs.

Edwell T. Henry, II

                                              Debtor

                    and

KENNETH E. WEST

                                              Trustee
                         RESPONDENTS


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)**

To the Debtor, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, American Heritage Credit Union, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that s/he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices give or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

| | |
|---|---|
| <u>MAIL TO:</u><br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046 | Respectfully submitted,<br><br> <u>/s/ Michael Clark</u><br>Richard M. Squire, Esq.<br>M. Troy Freedman, Esq.<br>Michael J. Clark, Esq.<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046<br>215-886-8790<br>215-886-8791 (FAX)<br>rsquire@squirelaw.com<br>tfreedman@squirelaw.com<br>mclark@squirelaw.com |

Dated: January 17, 2023


02579-2/VC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Edwell T. Henry, II | Chapter: 13 |
| | Bankruptcy No.: 20-10939-elf |
| Debtor | 11 U.S.C. § 362 |

American Heritage Credit Union

Movant

vs.

Edwell T. Henry, II

Debtor

and

KENNETH E. WEST

Trustee
RESPONDENTS

**CERTIFICATE OF SERVICE**

     I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance and Request for Notice(s) electronically and/or via First Class Mail, postage prepaid.

Date Served: 01/17/2023

KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Edwell T. Henry, II
706 B. Sedgefield Drive
Mt. Laurel, NJ 08054

02579-2/VC

Brenna Hope Mendelsohn
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                                      Respectfully submitted,

                                      /s/ Michael Clark
                                  Richard M. Squire, Esq.
                                  M. Troy Freedman, Esq.
                                  Michael J. Clark, Esq.
                                  One Jenkintown Station, Suite 104
                                  115 West Avenue
                                  Jenkintown, PA 19046
                                  215-886-8790
                                  215-886-8791 (FAX)
                                  rsquire@squirelaw.com
                                  tfreedman@squirelaw.com
                                  mclark@squirelaw.com

02579-2/VC