**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> Edwell T. Henry, II <br><br> Debtor(s) | Chapter 13 Proceeding <br><br> 20-10939 ELF |
| Wells Fargo Bank, N.A. <br> Movant <br> v. <br> Edwell T. Henry, II <br><br> KENNETH E. WEST, Esquire <br> Respondents | |

## ORDER APPROVING STIPULATION

AND NOW, this  18th  day of  January , 2023, the parties' Stipulation Resolving Wells Fargo Bank, N.A.'s Motion for Relief from the Automatic Stay (Doc. # 115) is hereby **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**