**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             Chapter 13
EDWELL T. HENRY, II

                    Debtor                 Bankruptcy No. 20-10939-ELF

# O R D E R

**AND NOW**, this \_\_\_21st\_\_\_ day of \_\_\_February\_\_\_, 202**3**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRENNA HOPE MENDELSOHN, ESQ
637 WALNUT ST

READING, PA 19601-

Debtor:
EDWELL T. HENRY, II

706 B SEDGEFIELD DRIVE

MT. LAUREL, NJ 08054-