United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-10939-elf

Edwell T. Henry, II                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 4

Date Rcvd: Feb 21, 2023                Form ID: pdf900                   Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwell T. Henry, II, 706 B. Sedgefield Drive, Mt. Laurel, NJ 08054-1853 |
| 14566049 | + | AMERICAN HERITAGE CREDIT UNION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14748836 | + | American Heritage Credit Union, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14749308 | + | American Heritage Credit Union, c/o Michael John Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14468207 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14468215 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14500909 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14468222 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14482018 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14468223 | + | Professional Adjmnt Co, 14410 Metropolis Ave, Fort Myers, FL 33912-4341 |
| 14470982 | + | WELLS FARGO BANK, N.A., C/O JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14469391 | + | Wells Fargo Bank, N.A., c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14475045 | +++ | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 22 2023 05:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2023 05:14:46 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2023 05:14:42 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2023 05:14:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 05:14:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14488336 | | Email/PDF: bncnotices@becket-lee.com | Feb 22 2023 05:14:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14468209 | + | Email/PDF: bncnotices@becket-lee.com | Feb 22 2023 05:14:43 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14474518 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2023 05:14:49 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14472078 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2023 05:14:49 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14468211 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 22 2023 05:14:49 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14468210 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 22 2023 05:09:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14484225 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 22 2023 05:14:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14468213 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 05:14:42 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14468214 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2023 05:09:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14469520 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2023 05:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14468217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 05:14:43 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14497139 | | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2023 05:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14468216 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 22 2023 05:09:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14473627 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 05:14:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14492040 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 05:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14468218 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 05:09:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14492119 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 05:09:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14471773 | + | Email/PDF: cbp@onemainfinancial.com | Feb 22 2023 05:14:46 | OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14468220 | + | Email/PDF: cbp@onemainfinancial.com | Feb 22 2023 05:14:46 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14468221 | + | Email/Text: bankruptcy@onlineis.com | Feb 22 2023 05:09:00 | Online In Sv, Pob 1489, Winterville, NC 28590-1489 |
| 14487129 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2023 05:14:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14473628 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 05:14:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14468222 | + | Email/Text: bankruptcy1@pffcu.org | Feb 22 2023 05:09:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14482018 | + | Email/Text: bankruptcy1@pffcu.org | Feb 22 2023 05:09:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14468224 | + | Email/Text: clientservices@remexinc.com | Feb 22 2023 05:09:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14468225 | | Email/Text: amieg@stcol.com | Feb 22 2023 05:09:00 | State Collection Servi, Po Box 6250, Madison, WI 53716 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Feb 21, 2023 | Form ID: pdf900 | Total Noticed: 48

| 14620100 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 22 2023 05:14:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14479805 | + Email/Text: dbogucki@trumark.org | | |
| | | Feb 22 2023 05:09:00 | Trumark Financial Credit Union, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 14468226 | + Email/Text: dbogucki@trumark.org | | |
| | | Feb 22 2023 05:09:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14468227 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 22 2023 05:09:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14468228 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Feb 22 2023 05:14:49 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14468208 | *+ | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14474524 | *+ | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14468212 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14511231 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14593926 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14607970 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14500911 | *+ | Mendelsohn and Mendelsohn,P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14468219 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14493842 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Debtor Edwell T. Henry II tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor American Heritage Credit Union bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| HARRY B. REESE | |
| | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: Feb 21, 2023                     Form ID: pdf900                            Total Noticed: 48

JASON BRETT SCHWARTZ
                    on behalf of Creditor BMW Bank of North America jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JILL MANUEL-COUGHLIN
                    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL JOHN CLARK
                    on behalf of Creditor American Heritage Credit Union mclark@squirelaw.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                Chapter 13
EDWELL T. HENRY, II


                        Debtor                  Bankruptcy No. 20-10939-ELF


# O R D E R

    **AND NOW**, this ____21st____ day of ____February____, 202**3**, upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.


    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.


                                                       Honorable Eric L. Frank
                                                        Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRENNA HOPE MENDELSOHN, ESQ
637 WALNUT ST

READING, PA 19601-


Debtor:
EDWELL T. HENRY, II

706 B SEDGEFIELD DRIVE

MT. LAUREL, NJ 08054-